UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>A.K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:04-cv-05876-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6)<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS**<br><br>**ORDER THAT PLAINTIFF PAY FILING FEE** |

　　　Plaintiff, Rex Chappell ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On March 10, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 10, 2006, are ADOPTED IN FULL;

2. Pursuant to 28 U.S.C. § 1915(g), plaintiff's in forma pauperis status is REVOKED;

3. Plaintiff pay the $150.00 filing fee in full within **thirty (30) days** from the date of service of this order; and,

4. This action be dismissed without prejudice **IF** plaintiff fails to pay the filing fee in full within thirty days.

IT IS SO ORDERED.

**Dated:   August 6, 2006**           /s/ Oliver W. Wanger
emm0d6                       UNITED STATES DISTRICT JUDGE