UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>        Plaintiff,<br><br>  vs.<br><br>A. K. SCRIBNER, et al.,<br><br>        Defendants | 1:04-cv-5876 OWW DLB P<br><br>ORDER DISMISSING ACTION |

     On August 7, 2006, this Court issued an Order revoking the plaintiff's forma pauperis status and directing the plaintiff to pay the filing fee in full within 30 days. As of this date, the filing fee has not been paid, and it is therefore ordered this action be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:**   **March 23, 2007**          /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE